UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATIONWIDE COMMUNICATIONS, LLC | CIVIL ACTION |
| VERSUS | NO. 06-8586 |
| ALLSTATE INSURANCE COMPANY | SECTION "K" |
| | MAGISTRATE "2" |

**ORDER**

Considering the foregoing Joint Motion To Remand:

IT IS ORDERED that this case be remanded back to the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, given that the value of the case does not meet the jurisdictional limit required by 28 U.S.C.A. § 1332.

New Orleans, Louisiana, this __18th__ day of March, 2008.

_____
JUDGE